IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SUSAN PHILLIPS,

    Plaintiff,

v.

                              Case No. 3:23-cv-00341-JDP

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

---

ORDER ON FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

---

This matter coming before the court on the parties' stipulation to award fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and the court being fully advised,

**IT IS HEREBY ORDERED** that Plaintiff is awarded $10,596.87 (ten thousand five hundred ninety-six dollars and eighty-seven cents) for attorney fees and expenses in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Any fees paid belong to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant can verify that plaintiff does not owe a pre-existing debt to the government subject to the offset, defendant will direct that the award be made payable to **Robert Tarlock** pursuant to the EAJA assignment duly signed by plaintiff.

If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

**Osterhout Berger Daley**
**4256 N. Ravenswood Ave.**
**Suite 104**
**Chicago, IL 60613**

Dated at Madison, Wisconsin, this 6TH day of AUGUST, 2025.

BY THE COURT:

_____
JAMES D. PETERSON
Chief United States District Judge